U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 0 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIS-KNIGHTON HEALTH SYSTEM, ET AL. | CIVIL ACTION NO. 02-1094 |
| versus | JUDGE HICKS |
| REGIONAL UROLOGY, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Pursuant to this court's authority under Rule 16 of the Federal Rules of Civil Procedure and the inherent authority of this court to manage its docket, the parties are hereby ordered to engage in a settlement mediation. United States District Judge Sarah S. Vance from the Eastern District of Louisiana (New Orleans) is hereby appointed mediator.

Counsel for the parties are directed to arrange a telephone conference with Judge Vance as soon as possible to discuss scheduling and other logistics involved in conducting the mediation. The parties are ordered to comply with the requirements of Judge Vance in connection with the mediation.

This order does affect any deadline in the case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 20th day of October, 2005.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

cc: Judge Vance